<u>**United States District Court for Southern Florida in Miami**</u>

| | | |
|---|---|---|
| Jacob Boteach, | ) | **Case No.** |
| a/k/a "*Rabbi Shmuley*," | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | <u>**Jury Trial Demand**</u> |
| | ) | |
| Alan Dershowitz, | ) | |
| | ) | |
| Batya Ungar-Sargon, | ) | |
| | ) | |
| Elizabeth Berney, | ) | |
| | ) | |
| Algemeiner Inc., | ) | |
| d/b/a *The Algemeiner Journal*, | ) | |
| | ) | |
| The Forward Association, Inc., | ) | |
| d/b/a *The Forward*, | ) | |
| | ) | |
| *Defendants*. | ) | |

<u>**Rabbi Shmuley's Complaint for Defamation *Per Se* re: Qatari Bribery Smear Campaign**</u>

Plaintiff Jacob Boteach a/k/a "Rabbi Shmuley" through his undersigned counsel at Feldman Law Firm PLLC in Pompano Beach files this Complaint for Defamation *Per Se* re: Qatari Bribery Smear Campaign - lodging one count jointly and severally against all Defendants: Alan Dershowitz; Batya Ungar-Sargon; Elizabeth Berney; Algemeiner Inc., d/b/a *The Algemeiner Journal*; and The Forward Association, Inc., d/b/a *The Forward* - and respectfully alleges as follows:

<u>**Introduction**</u>

1.     This case concerns Defendants' knowingly false series of public broadcasts and malicious misstatements of fact concerning Plaintiff circulated by Defendants who

peddled egregious lies - accusing Plaintiff of betraying his Jewish community and seeking and accepting Qatari bribery - communications designed to undermine Plaintiff's credibility, respect, trustworthiness, and renowned reputation in the Jewish community and otherwise on the global stage as an ambassador of his faith.  Plaintiff earned that presence and stature of his bit by bit through decades of hard work, consistency, adherence to his principles and values, steadfastness as a family man, and genuine community engagement across eras and platforms.

2.     By way of background, Plaintiff knew he wanted to be a rabbi since the young age of 14 when, in 1980, he undertook to study at Rabbi Alexander S. Gross Hebrew Academy and multiple yeshivas throughout Los Angeles, New York, and Jerusalem.

3.     In 1988, Rebbi Menachem Mendel Schneerson selected Shmuley - age 22 - as a Chabad-Lubavitch emissary to serve as rabbi to the students of Oxford University in the United Kingdom.

4.     In that capacity, from 1988-1999, Rabbi Shmuley rose higher to prominence in the Jewish community by making Judaism accessible and fun, and emphasizing his faith's accepting nature and focuses on peace and love with proper discipline to remain healthy and in gratitude.

5.     In early 2000, Rabbi Shmuley released his global best-seller *Kosher Sex*: *A Recipe for Passion and Intimacy* (Jan. 18, 2000).  To say the least, Rabbi Shmuley's contributions to culture and humanity at large have been many, multi-faceted, and deeply valuable.

6.     In 2000-2001, by way of further example, Rabbi Shmuley conducted 30 hours' worth of intimate interviews with the late Michael Jackson in what became known as *The Michael Jackson Tapes* - published in 2009.

7.      Around that time, Rabbi Shmuley frequently appeared on television with Oprah Winfrey, he hosted a daily show on the Oprah and Friends radio channel, and he had his own television show series *Shalom in the Home* on the Discovery Channel.

8.      Since then, Rabbi Shmuley has solidified himself as a household name and international celebrity who routinely appears on behalf of the Jewish community on mainstream news, popular entertainment programs on many television channels, and, concerning print, in various widely-read publications and in his standalone works as a best-selling author of 36 books and counting.

9.      By 2018, when Defendants, in coordination, deployed their malicious smear campaign to tear down Rabbi Shmuley's hard work underlying his name, honor, and reputation, Rabbi Shmuley already was a global spiritual leader, consulting powerhouse focusing on intimate family and relationship issues, and an overall beloved personality responsible for educating millions across the planet on Judaism's teachings, history, and spiritual offerings to its devout practitioners.

<u>Parties</u>

10.     Plaintiff Jacob Boteach a/k/a "Rabbi Shmuley" is a natural citizen of New Jersey.

11.     Defendant Alan Dershowitz is a natural citizen of Florida domiciled in Miami-Dade County at 1500 Ocean Dr., Miami Beach, FL 33139, according to public voter registration records attached hereto as **Exhibit A**.

12.     Defendant Batya Ungar-Sargon is a natural citizen of New York.

13.     Defendant Elizabeth Berney is a natural citizen of New York.

3

14.     Defendant Algemeiner Inc., d/b/a *The Algemeiner Journal* is a corporate citizen of New York formed as a for-profit corporation under the laws of New York (DOS ID #4883352) with principal place of business at 788 Eastern Pkwy., Brooklyn, NY 11213.

15.     Defendant The Forward Association, Inc., d/b/a *The Forward* is a corporate citizen of New York formed as a not-for-profit corporation under the laws of New York (DOS ID #0024744) with principal place of business at 125 Maiden Ln., New York, NY 10038.

**Jurisdiction & Venue**

16.     The Court has original diversity of citizenship subject matter jurisdiction over this case under 28 U.S.C. § 1332 because complete diversity exists between the parties and the amount-in-controversy exceeds $75,000 before the calculation of interest, costs, and attorney's fees.

17.     Mr. Dershowitz is subject to general *in personam* personal jurisdiction in the forum because he is "at home" here.

18.     All Defendants are subject to specific *in personam* personal jurisdiction in the forum because their defamatory content was both accessible and accessed in fact in Florida by Florida residents including Plaintiff's family members, friends, colleagues, and fellow members of Miami Beach's Jewish community.

19.     Moreover, Defendants maintain contacts with the forum so continuous and systematic, and their actions triggering liability arose from those contacts, such that the Court's exercise of personal jurisdiction over them is acceptable with respect to both Defendants' due process rights under the U.S. Constitution and Florida's long-arm statute codified in Fla. Stat. § 48.193.

20.     In that vein, Plaintiff properly lays venue in the forum under 28 U.S.C. § 1391(b)(3).

21.     A final preliminary note: Plaintiff's cause of action fully accrued on September 16, 2025 - upon his receipt of the letter from Nicolas Muzin attached hereto as **Exhibit B**, which embodied a revelation of the truth in the form of an admission of the knowing falsity with which Defendants published the statements about Rabbi Shmuley challenged herein.   Thus Plaintiff's position is the discovery rule and equitable considerations should apply to toll the two-year statute of limitations for a defamation *per se* claim so the clock began running on or about September 16, 2025.

### Factual Allegations

22.     In that context: On February 12, 2018, Defendant Ungar-Sargon published an article entitled *Is Shmuley Boteach Attacking Qatar Trip Because He Wasn't Invited?* in the publication of Defendant The Forward Association, Inc., d/b/a *The Forward*, attached hereto in full as **Exhibit C**.

23.     Defendant Ungar-Sargon's and Defendant Forward's article included the following excerpts:

> America's right-wing Jewish community has recently been split over a curious question: whether to cozy up to Qatar. After a number of American Jewish Zionist leaders underlined visited the tiny Gulf country underlined rich in gas, Rabbi Shmuley Boteach began denouncing both Qatar and the Jewish leaders in op-eds in a variety of news outlets.
>
> ***But as it turns out, Boteach himself may have been in talks to visit Doha up until just two days before his first attack ad.*** So says Nick Muzin, head of Stonington Strategies, which has been organizing the trips to Qatar for the Jewish leaders.
>
> ***"I had a series of conversations with Boteach in August and September 2017 regarding his interest in meeting with the emir in New York, and in subsequently leading a delegation to Doha under the auspices of his 'World Values Network,'" Muzin wrote***

*in a statement to the Forward.* After agreeing to speak to the Forward, Boteach pushed off the call and did not respond to a list of questions the Forward emailed, nor to subsequent phone calls as of this writing.

* * *

"The passage of time will no doubt unearth information about the mysterious hold Qatar suddenly has on Jewish leaders, along with the strange, deafening silence that has gripped so many communal organizations, while the chief funder of Hamas slowly spreads its tentacles and its resources in elite New York Jewish circles," Boteach wrote.

*But despite the vitriol, Boteach himself was eager to participate, according to Muzin, asking both for a meeting with the emir in New York and to lead a delegation to Doha.*

"I regret that we were unable to make either of these happen," Muzin wrote in a statement.

*A source close to the matter revealed the reason that Muzin was unable to make it happen: The Qataris themselves nixed Boteach from a list of prospective visitors. "They did not find him to be credible and didn't believe he had a significant following or constituency," the source said. Furthermore, "The Qataris did not feel he could be trusted to keep sensitive issues to himself."*

*The source also said that Boteach had demanded a six-figure fee for the proposed visit.*

Phone records obtained by the Forward show text messages between Boteach and Muzin beginning in August and leading up to September 7, when they appear to culminate in a phone call.

Two days later, Boteach's full-page ad appeared in the Times denouncing Qatar. At least one of Boteach's targets wasn't surprised.

*"I am not surprised, because it was clear that there was something beyond the merits that was motivating Boteach," Dershowitz told the Forward.* He also emphasized that "the relationships among Qatar, Israel and the U.S. are nuanced, changing and complex."[1]

24. On February 18, 2018, Defendant Berney published an article entitled *Boteach Should Focus on Changing Qatar, Not on Attacking Jewish Leaders' Efforts to Do So* in the

---

[1] All emphasis herein is added.

publication of Defendant Algemeiner Inc., d/b/a *The Algemeiner Journal*, attached

hereto in full as **Exhibit D**.

25.     Defendant Berney's and Defendant Algemeiner's article included the following

excerpts:

> *I am deeply disappointed by my friend Rabbi Shmuley Boteach's repeated vitriolic, distorted attacks on dedicated pro-Israel Jewish leaders who met with Qatari officials and the Qatari Emir to urge changes in Qatari and Al Jazeera policies — for the benefit of the Jewish people, Israel and the US.*

* * *

> *It is wrong, counterproductive and a distraction from the real issues for Shmuley to turn honest differences of opinion as to methods, among well-meaning people who have the same goals, into a battle.*

> *It is wrong, counterproductive and a distraction from the real issues for Shmuley to persistently harangue, impugn the motives of, and engage in ugly, juvenile name-calling (such as "stupid," "own worst enemies," "junketeers," "condoning murder,") directed at the top pro-Israel leaders who made the trip to Doha to try to help the Jewish people and Israel.*

> *It is also wrong and unhelpful that Shmuley called the Emir a "liar," due to an over-zealous Qatari official's leak of Mort Klein's meeting with the Emir. There is no substantiation that the Emir had anything to do with the leak. (Mort has insisted his meetings remain confidential.)*

> *It is also wrong and unhelpful for Shmuley to repeatedly falsely claim that the Emir asked Klein to "lobby" Congress. The Emir did not ask Mr. Klein to "lobby." The Emir simply asked Mr. Klein to ask members of Congress to visit Doha, to see and learn about Qatar firsthand. Mr. Klein responded that he would not do so until he sees long-lasting, significant changes.*

> Also, if Shmuley believes that Jewish leaders' visits to Qatar are giving Qatar positive "legitimizing" publicity, then why is Shmuley giving even more publicity to those visits with his barrage of articles and tweets? Incredibly, on one day (February 13), Shmuley posted 36 tweets related to the Qatar issue. And it didn't start or stop then.

* * *

*Sadly, Shmuley's acrimonious condemnations of well-meaning pro-Israel leaders regarding Qatar contradicts everything that Shmuley preaches in his books, practices at his Shabbat table and taught his beautiful children.*

*And unfortunately, this is not the first time that Shmuley has engaged in unsavory tactics that are beneath him, when I and others in the pro-Israel community disagreed with Shmuley on serious issues.*

In 2013, Shmuley supported and continually defended UN Ambassador nominee Samantha Power, despite Power's terrible longstanding anti-Israel and borderline antisemitic record. Power had even urged investing billions of dollars into a Palestinian-Arab state and providing a "mammoth" military force to "protect" a Palestinian-Arab state from Israel, and falsely accused Israel of human rights abuses. ZOA articles listed over a dozen cogent examples of Power's harmful statements and record — which surely should have disqualified her from becoming America's UN ambassador. (*See, e.g.,* "*ZOA Opposes Obama Nominee Samantha Power For U.N. Ambassador,*" June 5, 2013, and "*More Reasons To Oppose Obama's Nomination of Samantha Power As U.N. Ambassador,*" ZOA, June 6, 2013.)

\* \* \*

Shmuley was, of course, entitled to his own views about Samantha Power. But his methods of defending Power were troubling: he spoke of what a wonderful human being Power was (which was irrelevant to her record); justified one of her awful statements as a "thought exercise"; misleadingly acted as if this one issue was the only problem, while ignoring the rest of her horrible record that had been pointed out to him; and instead portrayed himself as a victim who "endured phenomenal criticism from close colleagues" for defending Power.

Turning back to Qatar:

*Another target of Shmuley's vitriolic attacks, Orthodox Jewish attorney and Qatari consultant Dr. Nick Muzin, has now alleged — in the Forward weekly — that Shmuley pleaded to lead a delegation to meet with the Emir and demanded a six-figure compensation, and that Shmuley only started attacking those visiting Qatar after the Qataris turned down Shmuley's requests. If this is true, it's quite damning.*

*Members of the Jewish community are referring to the Muzin-Shmuley dispute as "an all-out war." It's a war that risks further distracting us from the real issues, such as to how to best effect change regarding Qatar and Al Jazeera.*

While assisting Klein's preparations for his meetings with Qatari officials, I viewed countless *Al Jazeera* antisemitic videos and articles. This is what we

should be focusing on. This is what Shmuley should focus on attacking — not the Jewish leaders who are attempting to change this state of affairs.

* * *

Instead of attacking Jewish leaders who are trying to help, we should all focus on assuring that such Qatari indications of change are, or become real, effective and long-lasting.

*Shmuley's efforts to demean and humiliate Jewish-Qatari dialogue participants could have unknown deleterious consequences. Humiliation is a dangerous two-edged sword. The Talmud relates that the events leading up to the Romans' tragic destruction of the Second Jewish Temple in Jerusalem in 70 CE, began with an invitation to a party gone awry — and the humiliation of the mistakenly-invited guest.*

*As a friend, I'd like to suggest that Shmuley should reread his own good relationship and communications advice, and stick to the real issues, honestly and respectfully stated. He should find a way to peaceably resolve his disputes with Nick Muzin and others — and really rethink, listen to and discuss with pro-Israel leaders what he can do to help, rather than hinder, these leaders' efforts to effect change and help our people.*

26.     On April 22, 2019, Defendant Dershowitz published an article entitled *Shmuley Boteach Lies to Cover Up His Hypocrisy* in the publication of Defendant Algemeiner Inc., d/b/a *The Algemeiner Journal*, attached hereto in full as **Exhibit E**.[2]

27.     Defendant Dershowitz's and Defendant Algemeiner's article included the following excerpts:

*Shmuley Boteach — who falsely brags of being "America's rabbi" because he has no congregation of his own — continues to recycle old lies about a trip I took to Qatar more than a year ago. I have disproved all of his lies, so why does he persist in his*

---

[2] Note that, on January 12, 2018, Defendant Dershowitz published an article in *The Hill* entitled *Why is Qatar being blockaded and isolated?* It is available in full online here: https://thehill.com/opinion/international/368764-why-is-qatar-being-blockaded-and-isolated. Dershowitz is not registered as a foreign lobbyist under the Foreign Agents Registration Act of 1938. Yet curiously his article contains rhetoric to the effect of: "After hearing those different accounts, I observed that Qatar is quickly becoming the Israel of the Gulf States, surrounded by enemies, subject to boycotts and unrealistic demands, and struggling for its survival."

*"lashon hara" — evil words? Perhaps to cover up his own hypocrisy. He has condemned every Jewish leader who traveled to Qatar in an effort to improve relationships between that important Sunni Gulf state and Israel. Yet, according to published reports, Boteach himself begged to be invited to travel to Qatar to meet the emir. The Forward has reported that Qatar "nixed Boteach from a list of prospective visitors," finding him not credible. It also concluded that he lacked "a significant following or constituency" ("America's rabbi"?). Finally, and understandably, they felt he could not "be trusted to keep sensitive information to himself." According to a source quoted by the Forward, "Boteach had demanded a six figure fee for the proposed visit."*

*Boteach has denied this, but his denials have been vague and ambiguous. The Forward cited phone records confirming multiple text messages and phone calls between Boteach and the person arranging the visits that ended just before Boteach began his rampage against those of us who did travel to Qatar.*

*So it is Boteach, not me, who should "come clean about Qatar." I have come clean because I'm proud of what I did and would do it again if asked by Qatar, by Saudi Arabia or by any other Sunni Arab country interested in improving relations with Israel. Yes, my trip was paid for, as are all of my travels for professional purposes. If I had paid for the trip from my own pocket, hypocrite Boteach would have accused me of "contributing" money to Qatar. My trip was not a "junket" — Boteach's favorite accusation. The trip was difficult and I worked hard during my visit, meeting numerous Qatari leaders and having little down time. At age 80, long trips to try to do good aren't "junkets."*

Boteach's most oft-repeated accusation is that I compared Qatar to Israel, which he calls "revolting" because Israel is a democracy and Qatar is not. But, of course, I made no such comparison. I merely said that both Qatar and Israel are "surrounded by enemies, subject to boycotts and unrealistic demands, and struggling for [their] survival." That is absolutely true. I did not compare these very different countries in any other way, and Boteach knows it. I wrote critically of Qatar, especially after my speech was protested by anti-Israel students who walked out shouting anti-Zionist slogans.

\* \* \*

Before I decided to visit Qatar, I consulted with both United States and Israeli leaders, who encouraged me to make the trip. I did not seek Boteach's permission, as I would never do before making any decision.

Boteach also continues to attack me for a congratulatory message I tweeted to my longtime friend Prime Minister Benjamin Netanyahu, in which I added my hope for a two-state solution that assured Israel's security. Boteach says he is unaware that Netanyahu "wanted my advice." Well, I can assure you he has, in

fact, sought my advice, as have other Israeli prime ministers and American presidents. *I will continue to offer my advice, regardless of what Boteach thinks. Among the advice I will offer is, "Do not listen to Boteach." He has little to offer beyond ad hominen attacks, self-serving claims, hate speech and un-nuanced extreme views shouted ineffectively.*

I have no plans to respond any further to Boteach's lashon hara.

28.    Defendants maliciously knew the public false statements of fact concerning Plaintiff above in ¶¶ 23, 25, and 27 to be lacking any reasonable basis at the time of issuance such that Defendants knowingly falsified the information about Rabbi Shmuley and/or recklessly disregarded all concern for the statements' veracity.    Those statements purported to reveal an entirely false image of Plaintiff as a for-sale grifter, hypocrite with no loyalty or principles, and an untrustworthy betrayer of his Jewish community.

29.    The resulting damage from Defendants' knowing false statements of fact to Rabbi Shmuley's reputation has been extensive, and he has in fact suffered economic harm as a direct and proximate cause of Defendants' broadcasts of false statements of fact falsely portraying him as seeking and accepting Qatari bribery.

30.    To that end, Defendants' statements above in ¶¶ 23, 25, and 27 clearly charged Plaintiff with an infamous crime, tended to subject him to hatred, ridicule, distrust, and contempt, especially within his coveted Jewish community, and were foreseeably likely to injure him, and did in fact injure him, in the commissions of his lawful trades and professions including rabbi, relationship consultant, ambassador for the Jewish community, and global best-selling author of 36 books.

## Count I
## Defamation *Per Se*
## <u>Against All Defendants</u>

31.     Plaintiff respectfully incorporates ¶¶ 1 through 30 above as if fully set forth herein.

32.     In Florida, a claim for defamation *per se* applies when the content of a published false statement is so inherently damaging, that damages to the Plaintiff are presumed to exist from the mere fact the statement was made.  Common examples of defamation *per se* include false statements charging a plaintiff with an infamous crime, or tending to subject a plaintiff to hatred, ridicule, distrust, or contempt, or foreseeably likely to injure one in his lawful trade or profession.

33.     To that end, Defendants' statements clearly charged Plaintiff with an infamous crime, tended to subject him to hatred, ridicule, distrust, and contempt, especially within his coveted Jewish community, and were foreseeably likely to injure him, and did in fact injure him, in the commissions of his lawful trades and professions including rabbi, relationship consultant, ambassador for the Jewish community, and global best-selling author of 36 books.

34.     Moreover, Defendants' clear malice and intent in circulating their statements comprising the smear campaign targeted at Plaintiff permits Plaintiff to recover despite his likely status for purposes of defamation analysis as a public figure.

35.     The resulting damage from Defendants' knowing false statements of fact to Rabbi Shmuley's reputation has been extensive, and he has in fact suffered economic harm as a direct and proximate cause of Defendants' broadcasts of false statements of fact falsely portraying him as seeking and accepting Qatari bribery.

36.    Therefore, Plaintiff's allegations establish Defendants jointly and severally are liable to Plaintiff for defamation *per se*.

## Relief Prayer

37.    **WHEREFORE**, Plaintiff respectfully requests the Court to:

a.    Award Plaintiff compensatory damages against all Defendants jointly and severally in a sum to be determined at trial of at least $10,000,000, exclusive of interest, costs, and attorney's fees;

b.    Award Plaintiff the payment of his attorney's fees by Defendants in light of Defendants' bad faith by way of intentional malice in knowingly broadcasting to Defendants' large audiences and the greater public Defendants' repeated false and misleading statements of fact about Plaintiff concerning allegations of Qatari bribery; and

c.    Grant to Plaintiff such other relief as the Court deems just and proper.

## Jury Demand

38.    Plaintiff respectfully demands a trial by jury on all issues so triable.

Respectfully,

*/s/*   *Samuel C. Feldman*                                    Filed: November 1, 2025

**Samuel C. Feldman, Esq.**
Principal Attorney
FL#1042262 PA#326206
sam@feld.law

**FELDMAN LAW FIRM PLLC**
71 NE 27th Ave.
Pompano Beach, FL 33062
954-682-8590

*Counsel for Plaintiff Jacob "Rabbi Shmuley" Boteach*

## Service Certificate

I, Samuel C. Feldman, certify that, today, on November 1, 2025, I served a copy of this notice on counsel of record via the Court's CM/ECF portal.

/s/     _Samuel C. Feldman_

Samuel C. Feldman, Esq.

## Table of Exhibits

Exhibit A | Alan Dershowitz, Public Voter Registration Records          p. 15

Exhibit B | Nicolas Muzin, Letter of September 16, 2025               p. 16

Exhibit C | Batya Ungar-Sargon, *Is Shmuley Boteach Attacking* . . .      pp. 17-19

Exhibit D | Elizabeth Berney, *Boteach Should Focus on Changing Qatar* . . . pp. 20-27

Exhibit E | Alan Dershowitz, *Shmuley Boteach Lies to Cover Up* . . .      pp. 28-30

**Exhibit A**
**Alan Dershowitz:**
**Public Voter Registration Records**



# Alan Morton Dershowitz's Florida Voter Registration

Miami Beach, Florida

Alan Morton Dershowitz (age 87) is listed at 1500 Ocean Dr███████ Miami Beach, Fl 33139-3132 and is affiliated with the Democratic Party. He is a white, non hispanic male registered to vote in Miami-Dade County, Florida.

## Alan Dershowitz's Voter Registration

**Party Affiliation:** Democratic Party
**Registered to Vote In:** Miami-Dade County, Florida
**Registration Date:** 11/23/2015
**Voter Status:** Active
**Precinct:** 042
**Precinct Group:** 0
**Precinct Split:** 042.0
**Congressional District:** 24
**House District:** 106
**Senate District:** 36
**County District:** 5
**School Board District:** 3

**Exhibit B**
**Nicolas Muzin:**
**Letter of September 16, 2025**

B"H

September 16, 2025

Dear Shmuley,

As we are only days before Rosh Hashanah, I want to take this opportunity to ask your forgiveness and lay to bed a chapter in our lives that ruined our friendship and created division in our community.

The statements about you imputed to me in The Forward article written by Batya Ungar-Sargon on February 12, 2018 — that you had sought compensation – money, airline tickets, hotels, etc. - in connection with a meeting with the Emir of Qatar or leading a delegation to Doha — were completely false. You never requested such a meeting, never asked for any money, and never sought to lead any such trip to Doha. Even when a trip was offered to you, and a personal meeting with the Emir was suggested, you were one of the few Jewish leaders who categorically declined.

In fact, you were the earliest and most consistent opponent of the dialogue with Qatar. You told me directly in September 2017 that you would actively oppose Qatar until they stopped funding Hamas and stopped harboring its terrorist leaders, and you did exactly that, expending vast resources, like full page ads in The New York Times and countless other media outlets, against them.

You deserve recognition for standing alone and true to your beliefs. For the differences we had during that time, and the division and controversy that ensued, I sincerely and humbly ask for your forgiveness.

I hope that we can put this chapter behind us, and I wish you and your family a healthy and prosperous new year, a KeSiva VeChasima Tova, and only good things moving forward.

Sincererly,

/s/

Nicolas D. Muzin

## Exhibit C
## Batya Ungar-Sargon:
### *Is Shmuley Boteach Attacking Qatar Trip Because He Wasn't Invited?*



*Forward*

## Is Shmuley Boteach Attacking Qatar Trip Because He Wasn't Invited?

Batya Ungar–Sargon
February 12, 2018

Sign up for Forwarding the News, *our essential morning briefing with trusted, nonpartisan news and analysis, curated by Senior Writer Benyamin Cohen.*

---

*This piece has been updated to include a statement by Shmuley Boteach.*

America's right-wing Jewish community has recently been split over a curious question: whether to cozy up to Qatar. After a number of American Jewish Zionist leaders visited the tiny Gulf country rich in gas, Rabbi Shmuley Boteach began denouncing both Qatar and the Jewish leaders in op-eds in a variety of news outlets.

But as it turns out, Boteach himself may have been in talks to visit Doha up until just two days before his first attack ad. So says Nick Muzin, head of Stonington Strategies, which has been organizing the trips to Qatar for the Jewish leaders.

"I had a series of conversations with Boteach in August and September 2017 regarding his interest in meeting with the emir in New York, and in subsequently leading a delegation to Doha under the auspices of his 'World Values Network,'" Muzin wrote in a statement to the Forward. After agreeing to speak to the Forward, Boteach pushed off the call and did not respond to a list of questions the Forward emailed, nor to subsequent phone calls as of this writing.

Ever since a Saudi blockade against Qatar began in June, the emir of Qatar, Tamim bin Hamad Al Thani, has been on a charm offensive, attempting to end the siege through diplomatic means.

The charm offensive had a lot to overcome, including Qatar's ties to Hamas, which is on a U.S. list of terror organizations, as well as its sponsorship of the state-funded Al Jazeera network, viewed as hostile to Israel and even anti-Semitic.

One of the methods Qatar has been using to make inroads in the United States has been to court American Jews — specifically, right-wing Zionist Jews. The Qataris hired Muzin, an Orthodox Jewish doctor, lawyer and Republican lobbyist. Muzin's fee, originally $50,000 a month, has ballooned to $300,000.

Among those flown to Doha were Alan Dershowitz, Malcolm Hoenlein of the Conference of Presidents of Major American Jewish Organizations, Morton Klein of the Zionist Organization of America and Menachem Genack of the Orthodox Union.

The trips were controversial. But no one was more vocal than Boteach. The man who calls himself "America's Rabbi," whom I profiled in 2014, expressed vociferous outrage in a number of op-eds published since September.

On September 9, he took out a full-page ad in The New York Times condemning Qatar, and started a GoFundMe campaign to pay for it.

"'The Emir of Qatar is coming to America bearing gifts," the ad reads under an image of the emir surrounded by disembodied hands holding hairspray, a brush and a blow dryer. "He's hired a Jewish lobbying and PR firm to clean up his country's image as one of the world's foremost sponsors of terrorism and the principal funder of Hamas." It ends with big block letters: "Meeting with Qatar condones murder."

But Boteach was just getting started. Two days later, in an op-ed in The Jerusalem Post headlined "Which Jewish Leaders Will Meet With Qatar?" Boteach wrote, "If it seems incredible that Jewish leaders would meet with the leader of a country who finances the murder of Jews, that's because it is. Which is why our organization, The World Values Network, took out a full-page ad in this weekend's New York Times to condemn the PR effort." Meeting with the emir is something "no Jewish leader should agree to," Biotech wrote.

Then Boteach started going after specific guests of the emir. After it came out that Dershowitz had been to Doha, Boteach wrote a column in The Jerusalem Post denouncing the visit as "shilling for a terrorism–financing regime," and another calling Dershowitz "the latest Jewish junketeer to succumb to the lure of a free visit to Qatar and parrot the emirate's propaganda."

And in another op–ed, Boteach cited Steve Bannon, former White House strategist and head of Breitbart website, who "courageously" called out Qatar as a threat to the Middle East, as opposed to the Jews who were being either threatened or bought by Qatar.

"The passage of time will no doubt unearth information about the mysterious hold Qatar suddenly has on Jewish leaders, along with the strange, deafening silence that has gripped so many communal organizations, while the chief funder of Hamas slowly spreads its tentacles and its resources in elite New York Jewish circles," Boteach wrote.

But despite the vitriol, Boteach himself was eager to participate, according to Muzin, asking both for a meeting with the emir in New York and to lead a delegation to Doha.

"I regret that we were unable to make either of these happen," Muzin wrote in a statement.

A source close to the matter revealed the reason that Muzin was unable to make it happen: The Qataris themselves nixed Boteach from a list of prospective visitors. "They did not find him to be credible and didn't believe he had a significant following or constituency," the source said. Furthermore, "The Qataris did not feel he could be trusted to keep sensitive issues to himself."

The source also said that Boteach had demanded a six–figure fee for the proposed visit.

Phone records obtained by the Forward show text messages between Boteach and Muzin beginning in August and leading up to September 7, when they appear to culminate in a phone call.

Two days later, Boteach's full–page ad appeared in the Times denouncing Qatar.

At least one of Boteach's targets wasn't surprised.

"I am not surprised, because it was clear that there was something beyond the merits that was motivating Boteach," Dershowitz told the Forward. He also emphasized that "the relationships among Qatar, Israel and the U.S. are nuanced, changing and complex."

\*

*Update: Boteach supplied the Forward with the following statement:*

"It is sad that the Forward has fallen prey to the lies of Qatar's $300,000 a month PR man, Nick Muzin, who is being paid to whitewash the Emir's financing of Qatar and destroy Qatar's Jewish critics. The Forward's story, with its silly, almost juvenile headline, contains not a grain of truth, is wholly and completely fraudulent, constitutes the most serious libel, and was written without a shred of evidence. Not a word of it is true and the discussion of money in particular is disgusting, fraudulent, and beneath contempt. It constitutes the most serious libel which will be dealt with in due course. The Forward called my office giving us only four hours to respond to this story, even though I was traveling in a completely different time zone and could not be reached."

When my once–friend Nick Muzin originally called me last fall to tell me he would be accepting Qatar as a client, I pleaded with him not to and told him he'd be betraying Israel by doing so. Ambassador Ron Dermer has made it clear now publicly, twice, both to Forbes magazine and to Haaretz just last week, that Israel opposes both Nick's efforts on Qatar's behalf as well as the Jewish junketeers who are humiliating themselves by traveling on the Emir's dime to whitewash Qatar.

I had been warned from the outset by the Emir's hired agents, when I first categorically and absolutely refused to join the parade of Jewish leaders, like Alan Dershowitz, disgracing themselves by meeting the Emir, and pledged to lead a

campaign to stop the whitewashing of his terror-financing government, that I would be attacked and defamed. I received a direct email threat again just last Thursday that I should stop criticizing Jewish leaders accepting the Emir's all-expense paid junkets or I would pay a steep price.

I never believed, however, that it would be a Jewish publication who would be duped by Qatar into the defamation of Jewish leaders who oppose their funding of Hamas and alliance with Iran. The Forward should give serious consideration to whether they wish to undermine their credibility further by being enlisted in Qatar's PR and lobbying campaign and its enablers.

Our organization is proud to have led the opposition to the Qatari whitewash — especially our full-page ads in The New York Times — and for one reason: because Qatar funds the murder of Israelis and we are dedicated to fighting Israel's enemies as we have in countless full-page New York Times ads on prior campaigns as millions are aware. I will never forget the families of Israelis murdered by Hamas, who is funded by Qatar, and whom my family and I visited on many occasions in Israel. I will always stand by these families against their murderers in Hamas and their funders in Doha, no matter how much I am attacked and vilified for it."

*Batya Ungar-Sargon is the opinion editor of the Forward.*

■

Batya Ungar-Sargon is the former Opinion Editor at the *Forward*.

✉ batya@forward.com

✕ @bungarsargon

The views and opinions expressed in this article are the author's own and do not necessarily reflect those of the *Forward*. Discover more perspectives in Opinion. To contact Opinion authors, email opinion@forward.com.

19

**Exhibit D**
**Elizabeth Berney:**
*Boteach Should Focus on Changing Qatar, Not on Attacking Jewish Leaders' Efforts to Do So*

the algemeiner

FEBRUARY 18, 2018 2:03 PM

# Boteach Should Focus on Changing Qatar, Not on Attacking Jewish Leaders' Efforts to Do So

 by Liz Berney



Qatar maintains close relations with Iran and terrorist groups such as Hamas. Photo: File.

I am deeply disappointed by my friend Rabbi Shmuley Boteach's repeated vitriolic, distorted attacks on dedicated pro-Israel Jewish leaders who met with Qatari officials and the Qatari Emir to urge changes in Qatari and *Al Jazeera* policies — for the benefit of the Jewish people, Israel and the US.

I am also deeply disappointed that Shmuley is downplaying accomplishments stemming from the meetings with the Emir

and other Qatari officials; he is also distorting what occurred there.

For instance, on February 13, Shmuley tweeted regarding Zionist Organization of America (ZOA) President Morton Klein's meetings last month: "Only concession Emir #Qatar agreed to for @zoa_national was to get rid of antisemitic books at the Doha book fair."

First of all, Klein's meetings involved far more potential good than this.

Second of all, getting rid of antisemitic books at the Doha book fair is an important achievement. Books have been a prime vehicle for indoctrinating Arab youth to hate Jews. Eliminating such indoctrination can help bring about a more peaceful future. The Doha book fair is a major annual week-long cultural event, with 355 publishing houses, including 82 children's publishing houses, representing 29 Arab and foreign countries. School systems, libraries and bookstores purchase their offerings there.

The International Publishers' Association reported that the 2017 Doha book fair had almost 24,000 individual and almost 10,000 "professional" (libraries, bookstores, etc.) visitors. In 2022, the Doha book fair will be held in conjunction with the World Cup, resulting in more attendees than ever. The Simon Wiesenthal Centre-Europe thought that this issue was important enough to repeatedly report on it, and seek to eliminate the vile antisemitism at the Doha book fair. ZOA incorporated information from the Wiesenthal's Centre into our extensive report to Qatari officials, demanding changes.

It's surely easy to criticize and downplay achievements. But what has Shmuley done lately to lessen antisemitism throughout the Arab world?

Shmuley's stream of unfair, outrageous accusations against dedicated unquestionably pro-Israel leaders is distracting the pro-Israel Jewish community from the real issues. Namely: How we do we effect long-lasting changes in Qatari policies? How do we stop *Al Jazeera*'s antisemitism and anti-Israel propaganda? Can we enlist Qatar to push Hamas to return bodies of dead Israeli soldiers to their families? Can we move Qatar to develop a mutually beneficial relationship with Israel?

We should be working together on such issues, without Shmuley's barrage of unfair criticism.

Fair-minded people can differ as to the best method for addressing these matters. Most now believe that it can be helpful to accept the opportunity to meet with, fight for and directly express our concerns to the Emir and other Qatari officials.

Those with this view include top pro-Israel leaders who met with Qatari officials, including Conference of Presidents of Major American Jewish Organizations CEO Malcolm Hoenlein, Governor Mike Huckabee, the Orthodox Union's Rabbi Menachem Genack, Harvard Law School professor Alan Dershowitz, pro-Israel radio personality John Batchelor, American Jewish Congress President Jack Rosen, Religious Zionists of America President Martin Oliner, Mort Klein and others.

Indeed, by my count, no top US Jewish organizational leader has opposed the Qatari meetings.

A major problem that Israel and the Jewish people have faced for decades is "anti-normalization" — Arab refusals to have normal meetings, conversations, negotiations, diplomatic relations, economic cooperation, cultural exchanges and other interchanges with Israelis and Jews. The Arab League's

infamous "3 Nos of Khartoum" were "no peace, no negotiations and no recognition."

Today, Hamas, the Palestinian Authority, anti-Israel hate groups such as Students for Justice in Palestine, and the anti-Israel antisemitic boycott, divestment and sanctions (BDS) movement all engage in "anti-normalization" — refusing any semblance of normal dialogue, exchanges and negotiations.

The Qatari Emir's invitations to hear the concerns of pro-Israel leaders are thus a notable and important development.

After US Treasury Secretary Mnuchin's announcement in late October of increased Qatari-US cooperation in combatting terrorism financing, I began to believe that meetings with Qatari officials could have significant potential upside and minimal downside.

Throughout history, Jewish leaders have met with hostile leaders on behalf of the Jewish people.

When the Emir's agents invited Mort Klein, they advised him that Qatar no longer wants to be what Qatar used to be — that Qatar wants to change, and wants to become a better country.

I was accordingly among those who ultimately urged the head of the organization that I work for — Mr. Klein — to finally go to Qatar to fight for our people, which he admirably and exhaustively did in January.

It is wrong, counterproductive and a distraction from the real issues for Shmuley to turn honest differences of opinion as to methods, among well-meaning people who have the same goals, into a battle.

It is wrong, counterproductive and a distraction from the real issues for Shmuley to persistently harangue, impugn the motives of, and engage in ugly, juvenile name-calling (such as "stupid," "own worst enemies," "junketeers," "condoning

murder,") directed at the top pro-Israel leaders who made the trip to Doha to try to help the Jewish people and Israel.

It is also wrong and unhelpful that Shmuley called the Emir a "liar," due to an over-zealous Qatari official's leak of Mort Klein's meeting with the Emir. There is no substantiation that the Emir had anything to do with the leak. (Mort has insisted his meetings remain confidential.)

It is also wrong and unhelpful for Shmuley to repeatedly falsely claim that the Emir asked Klein to "lobby" Congress. The Emir did not ask Mr. Klein to "lobby." The Emir simply asked Mr. Klein to ask members of Congress to visit Doha, to see and learn about Qatar firsthand. Mr. Klein responded that he would not do so until he sees long-lasting, significant changes.

Also, if Shmuley believes that Jewish leaders' visits to Qatar are giving Qatar positive "legitimizing" publicity, then why is Shmuley giving even more publicity to those visits with his barrage of articles and tweets? Incredibly, on one day (February 13), Shmuley posted 36 tweets related to the Qatar issue. And it didn't start or stop then.

Commentators believe that the Torah phrase *"justice, justice, you shall pursue"* states the word "justice" twice because when fighting for just ends, one must use "just" means. Unsubstantiated and false statements and name-calling are not "just" means.

Shmuley, of all people, should know better. He has published a slew of popular books about relationships, encouraging people to respectfully and peacefully listen, communicate, converse and connect with one another "to create an environment for inspiration and change." His worthwhile "Shalom in the Home" reality television show was similarly aimed at encouraging peaceful communication and change. He has regularly warmly welcomed at his Shabbat table

people from all walks of life, including me, and engaged them in dialogue.

Shmuley engages in the great mitzvah of playing "matchmaker" to bring people together. Together with his lovely wife Debbie, Shmuley has raised his nine beautiful children to become wonderful human beings, apparently using these principles — a terrific accomplishment.

Sadly, Shmuley's acrimonious condemnations of well-meaning pro-Israel leaders regarding Qatar contradicts everything that Shmuley preaches in his books, practices at his Shabbat table and taught his beautiful children.

And unfortunately, this is not the first time that Shmuley has engaged in unsavory tactics that are beneath him, when I and others in the pro-Israel community disagreed with Shmuley on serious issues.

In 2013, Shmuley supported and continually defended UN Ambassador nominee Samantha Power, despite Power's terrible longstanding anti-Israel and borderline antisemitic record. Power had even urged investing billions of dollars into a Palestinian-Arab state and providing a "mammoth" military force to "protect" a Palestinian-Arab state from Israel, and falsely accused Israel of human rights abuses. ZOA articles listed over a dozen cogent examples of Power's harmful statements and record — which surely should have disqualified her from becoming America's UN ambassador. (*See, e.g.,* "*ZOA Opposes Obama Nominee Samantha Power For U.N. Ambassador*," June 5, 2013, and "*More Reasons To Oppose Obama's Nomination of Samantha Power As U.N. Ambassador*," ZOA, June 6, 2013.)

ZOA's and other pro-Israel groups' opposition to Samantha Power turned out to be correct: Power ended up enabling the passage of one of the worst anti-Israel UN Security Council resolutions in history.

Shmuley was, of course, entitled to his own views about Samantha Power. But his methods of defending Power were troubling: he spoke of what a wonderful human being Power was (which was irrelevant to her record); justified one of her awful statements as a "thought exercise"; misleadingly acted as if this one issue was the only problem, while ignoring the rest of her horrible record that had been pointed out to him; and instead portrayed himself as a victim who "endured phenomenal criticism from close colleagues" for defending Power.

Turning back to Qatar:

Another target of Shmuley's vitriolic attacks, Orthodox Jewish attorney and Qatari consultant Dr. Nick Muzin, has now alleged — in the *Forward* weekly — that Shmuley pleaded to lead a delegation to meet with the Emir and demanded a six-figure compensation, and that Shmuley only started attacking those visiting Qatar after the Qataris turned down Shmuley's requests. If this is true, it's quite damning.

Members of the Jewish community are referring to the Muzin-Shmuley dispute as "an all-out war." It's a war that risks further distracting us from the real issues, such as to how to best effect change regarding Qatar and *Al Jazeera*.

While assisting Klein's preparations for his meetings with Qatari officials, I viewed countless *Al Jazeera* antisemitic videos and articles. This is what we should be focusing on. This is what Shmuley should focus on attacking — not the Jewish leaders who are attempting to change this state of affairs.

On January 15, 2018, President Trump "thanked the Emir for Qatari action to counter terrorism and extremism in all forms, including being one of the few countries to move forward on a bilateral memorandum of understanding."

Instead of attacking Jewish leaders who are trying to help, we should all focus on assuring that such Qatari indications of change are, or become real, effective and long-lasting.

Shmuley's efforts to demean and humiliate Jewish-Qatari dialogue participants could have unknown deleterious consequences. Humiliation is a dangerous two-edged sword. The Talmud relates that the events leading up to the Romans' tragic destruction of the Second Jewish Temple in Jerusalem in 70 CE, began with an invitation to a party gone awry — and the humiliation of the mistakenly-invited guest.

As a friend, I'd like to suggest that Shmuley should reread his own good relationship and communications advice, and stick to the real issues, honestly and respectfully stated. He should find a way to peaceably resolve his disputes with Nick Muzin and others — and really rethink, listen to and discuss with pro-Israel leaders what he can do to help, rather than hinder, these leaders' efforts to effect change and help our people.

*Liz Berney, Esq. is the Zionist Organization of America (ZOA)'s Director of Special Projects. She previously guest taught an adult ed class on Qatar.*

*The opinions presented by Algemeiner bloggers are solely theirs and do not represent those of The Algemeiner, its publishers or editors. If you would like to share your views with a blog post on The Algemeiner, please be in touch through our Contact page.*

**Exhibit E**
**Alan Dershowitz:**
*Shmuley Boteach Lies to Cover Up His Hypocrisy*

# the algemeiner

🕑 APRIL 22, 2019 4:06 PM

# Alan Dershowitz: Shmuley Boteach Lies to Cover Up His Hypocrisy

 by *Alan Dershowitz*



Rabbi Shmuley Boteach. Photo: Reuters / Mike Segar.

Shmuley Boteach — who falsely brags of being "America's rabbi" because he has no congregation of his own — continues to recycle old lies about a trip I took to Qatar more than a year ago. I have disproved all of his lies, so why does he persist in his "lashon hara" — evil words? Perhaps to cover up his own hypocrisy. He has condemned every Jewish leader who traveled to Qatar in an effort to improve relationships between that important Sunni Gulf state and Israel. Yet, according to published reports, Boteach himself begged to be invited to travel to Qatar to meet the emir. The *Forward* has reported that Qatar "nixed Boteach from a list of prospective

visitors," finding him not credible. It also concluded that he lacked "a significant following or constituency" ("America's rabbi"?). Finally, and understandably, they felt he could not "be trusted to keep sensitive information to himself." According to a source quoted by the *Forward*, "Boteach had demanded a six figure fee for the proposed visit."

Boteach has denied this, but his denials have been vague and ambiguous. The *Forward* cited phone records confirming multiple text messages and phone calls between Boteach and the person arranging the visits that ended just before Boteach began his rampage against those of us who did travel to Qatar.

So it is Boteach, not me, who should "come clean about Qatar." I have come clean because I'm proud of what I did and would do it again if asked by Qatar, by Saudi Arabia or by any other Sunni Arab country interested in improving relations with Israel. Yes, my trip was paid for, as are all of my travels for professional purposes. If I had paid for the trip from my own pocket, hypocrite Boteach would have accused me of "contributing" money to Qatar. My trip was not a "junket" — Boteach's favorite accusation. The trip was difficult and I worked hard during my visit, meeting numerous Qatari leaders and having little down time. At age 80, long trips to try to do good aren't "junkets."

Boteach's most oft-repeated accusation is that I compared Qatar to Israel, which he calls "revolting" because Israel is a democracy and Qatar is not. But, of course, I made no such comparison. I merely said that both Qatar and Israel are "surrounded by enemies, subject to boycotts and unrealistic demands, and struggling for [their] survival." That is absolutely true. I did not compare these very different countries in any other way, and Boteach knows it. I wrote critically of Qatar, especially after my speech was protested

by anti-Israel students who walked out shouting anti-Zionist slogans.

When I met the emir and other members of the royal family, I asked them to use their influence with Hamas to return the bodies of Israeli soldiers and the two Israeli civilians who are under the control of that terrorist group. They said they would try. I also complained about a proposed *Al Jazeera* broadcast demonizing AIPAC, that was scheduled to be aired soon thereafter. They promised to look into it. To date, it has not been shown.

Shortly after my visit, the United States expressed "appreciation" to Qatar for its work in Gaza. Relationships between the United States, Qatar and Israel are improving.

Before I decided to visit Qatar, I consulted with both United States and Israeli leaders, who encouraged me to make the trip. I did not seek Boteach's permission, as I would never do before making any decision.

Boteach also continues to attack me for a congratulatory message I tweeted to my longtime friend Prime Minister Benjamin Netanyahu, in which I added my hope for a two-state solution that assured Israel's security. Boteach says he is unaware that Netanyahu "wanted my advice." Well, I can assure you he has, in fact, sought my advice, as have other Israeli prime ministers and American presidents. I will continue to offer my advice, regardless of what Boteach thinks. Among the advice I will offer is, "Do not listen to Boteach." He has little to offer beyond ad hominen attacks, self-serving claims, hate speech and un-nuanced extreme views shouted ineffectively.

I have no plans to respond any further to Boteach's lashon hara.

*The opinions presented by Algemeiner bloggers are solely theirs and do not represent those of The Algemeiner, its publishers or editors. If you would like to*

**30**