IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____
                                                      )
**Jacob "Rabbi Shmuley" Boteach,**     )     Case No. 1:25-cv-25062-JAL
                                                      )
    *Plaintiff*,                                  )
                                                      )
**v.**                                                )
                                                      )
**Alan Dershowitz, et al.,**                 )
                                                      )
    *Defendants*.                            )
_____ )

## **MOTION TO WITHDRAW**

Pursuant to Local Rule 11.1(d)(3), Plaintiff "Rabbi Shmuley" Boteach, by and through his undersigned counsel, hereby moves this Court for leave for Attorney Samuel C. Feldman to withdraw from this case. The reason is irreconcilable differences. Mr. Boteach is fully aware of, and consents to, this motion. Notice has been provided to opposing counsel. The contact information of Mr. Boteach is:

> 27 Sky Meadow Rd.
> Suffern, NY 10901
> shmuley@shmuley.com
> (212) 634-7777
>     * * *

Mr. Boteach intends to have new counsel appear on his behalf in this matter soon.

December 3, 2025                                                            Respectfully submitted,

                                                                    */s/ Samuel C. Feldman*
                                                                    Samuel C. Feldman, Esq.
                                                                    Feldman Law Firm PLLC
                                                                    71 N.E. 27th Ave.
                                                                    Pompano Beach, FL 33062
                                                                    954-682-8590
                                                                    sam@feld.law

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 3, 2025 the foregoing was served on all counsel of record electronically via the Court's CM/ECF e-filing system and/or e-mail.

| | |
|---|---|
| December 3, 2025 | <u>*/s/ Samuel C. Feldman*   </u><br>Samuel C. Feldman, Esq.<br>Feldman Law Firm PLLC<br>71 N.E. 27th Ave.<br>Pompano Beach, FL 33062<br>954-682-8590<br>sam@feld.law |