**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-CV-25062-LENARD/Elfenbein

**JACOB BOTEACH**,

      Plaintiff,

v.

**ALAN DERSHOWITZ**, *et al*,

      Defendants.

_____/

## <u>ORDER</u>

**THIS CAUSE** is before the Court on Defendant Elizabeth Berney's ("Defendant") Motion to Quash Service of Process ("Motion"), ECF No. [16].  The Honorable Joan A. Lenard has referred this Motion to me "to hear and determine" the issues therein.  *See* ECF No. [17].  For the reasons explained below, the Motion, **ECF No. [16]**, is **GRANTED**.

On December 8, 2025, the Court allowed Plaintiff's attorney to withdraw as counsel and required Plaintiff to retain new counsel, if he chose to do so, by December 29, 2025.  *See* ECF No. [15].  Plaintiff did not retain new counsel, opting instead to proceed *pro se*.  On December 22, 2025, Defendant filed the Motion.  *See* ECF No. [16].  Pursuant to the Local Rules, Plaintiff had fourteen (14) days from the day the Motion was served to file his response.  *See* S.D. Fla. L. R. 7.1(c)(1) ("For all motions, except motions served with the summons and complaint, each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen [ ] days after service of the motion.")  Accordingly, Plaintiff's deadline to file his response was January 5, 2026; yet, Plaintiff failed to do so.

On January 6, 2026, in light of Plaintiff's *pro se* status, the Court issued an Order to Show

CASE NO. 25-CV-25062-LENARD/Elfenbein

Cause, giving Plaintiff another opportunity to respond to the Motion by January 12, 2026, and directing the Clerk of Court to mail a copy of the Order to Plaintiff.  *See* ECF No. [19].  In the Paperless Order to Show Cause, the Court warned Plaintiff "that failure to file a response to the Motion by the deadline may result in the Motion being granted by default."  *See id*.  Plaintiff did not respond to the Motion.

Upon the Court's review of the record, the Court noted that the Clerk's Office inadvertently failed to mail a copy of the Order to Show Cause to Plaintiff.  *See* ECF No. [20].  Accordingly, on February 27, 2026, the Court entered a second Order to Show Cause, requiring that Plaintiff file a response to the Motion by March 11, 2026 and directed the Clerk to mail a copy of the Order to Plaintiff at his last-known address of record.  *See* ECF No. [20].  The Court again warned Plaintiff that "failure to file a response to the Motion by the deadline may result in the Motion being granted by default."  *See id*.  On that same day, the Clerk's Office confirmed that it mailed a copy of the second Order to Show Cause to Plaintiff.  *See* ECF No. [21].  As of the date of this Order, Plaintiff has failed to file a response to the Motion, seek an extension of time to do so, or show cause as to why a response has not been filed.  The deadline to comply has long passed.  Accordingly, the Motion to Quash Service, **ECF No. [16]**, is **GRANTED** by default pursuant to Local Rule 7.1(c)(1).

**DONE and ORDERED** in Chambers in Miami, Florida on March 17, 2026.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

2

CASE NO. 25-CV-25062-LENARD/Elfenbein

Copies to:

**Jacob Boteach**
27 Sky Meadow Rd.,
Suffern, NY 10901
*PRO SE*